**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHAWN CHARLES GOFF,

               Plaintiff-Appellant,

  v.

KIMBLE, Warden; et al.,

               Defendants-Appellees.

No. 21-15052

D.C. No. 2:20-cv-01392-DLR-JFM

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Douglas L. Rayes, District Judge, Presiding

Submitted November 8, 2021[**]

Before:    CANBY, TASHIMA, and MILLER, Circuit Judges.

    Arizona state prisoner Shawn Charles Goff appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action alleging Eighth

Amendment claims relating to the conditions of his confinement.  We have

jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal under

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

28 U.S.C. § 1915A for failure to state a claim. *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (9th Cir. 2012). We affirm.

The district court properly dismissed Goff's action because Goff failed to allege facts sufficient to show that defendants knew of or disregarded an excessive risk to Goff's health. *See Farmer v. Brennan*, 511 U.S. 825, 837 (1994) (prison officials are liable for denying a prisoner humane conditions of confinement only if they know of and disregard a substantial risk of serious harm); *Starr v. Baca*, 652 F.3d 1202, 1207-08 (9th Cir. 2011) (requirements for establishing supervisory liability); *Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are liberally construed, a plaintiff must allege facts sufficient to state a plausible claim).

**AFFIRMED.**